**FILED**

AUG 26, 2015
AUG 2 6 2015

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. **15 CR 526** |
| | ) | |
| THADDEUS JIMENEZ and | ) | Violation: Title 18, United States |
| JOSE ROMAN, | ) | Code, Section 922(g)(1) |
| also known as "Skeety" | ) | |

**JUDGE LEINENWEBER
MAGISTRATE JUDGE ROWLAND**

COUNT ONE

The SPECIAL SEPTEMBER 2014 GRAND JURY charges:

On or about August 17, 2015, at Chicago, in the Northern District of Illinois, Eastern Division,

THADDEUS JIMENEZ,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Kimber, Sapphire model, .380 caliber semiautomatic pistol, bearing serial number P0007477, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about August 17, 2015, at Chicago, in the Northern District of Illinois, Eastern Division,

**JOSE ROMAN,**
also known as "Skeety,"

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Mossberg International, model 715T, .22 caliber semiautomatic long rifle, bearing serial number EMK3992055, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

2

## FORFEITURE ALLEGATION

The SPECIAL SEPTEMBER 2014 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendants THADDEUS JIMENEZ and JOSE ROMAN shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to:

a.     one Kimber, Sapphire model, .380 caliber semiautomatic pistol, bearing serial number P0007477, and associated ammunition.

b.     one Mossberg International, model 715T, .22 caliber semiautomatic long rifle, bearing serial number EMK3992055, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

3