Order Form (01/2005)

# United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE ROWLAND**

| Name of Assigned Judge or Magistrate Judge | **JUDGE LEINENWEBER** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 14-GJ-931 | **DATE** | AUGUST 26, 2015 |
| **CASE TITLE** | U.S. v. THADDEUS JIMENEZ & JOSE ROMAN | | **15 CR 526** |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL SEPTEMBER 2014 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge

NO BOND SET, BOTH DEFENDANTS ARE CURRENTLY IN THE CUSTODY OF CDOC.

**FILED**

AUG 26, 2015
AUG 2 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: