# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:15–cr–00526
                                                Honorable Harry D. Leinenweber

Thaddeus Jimenez, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

        MINUTE entry before the Honorable Harry D. Leinenweber:as to Thaddeus Jimenez, Jose Roman, Detention hearing as to Thaddeus Jimenez, Jose Roman held on 9/9/2015. Defendants ordered detained. Status hearing set for 10/20/2015 at 09:00 AM. Enter excludable delay in the interest of justice to begin 9/9/2015 and end 10/20/2015 pursuant to 18:3161(h)(7)(A)(B). Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.