**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiffs, ) | |
| ) No. 15 CR 526 | |
| v. ) | |
| ) Judge LEINENWEBER | |
| THADDUS JIMENEZ, et al ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS AND TO RESET THE STATUS DATE**

Defendants, by their attorneys, respectfully move this Court to extend the time to which file pre-trial motions. In support thereof, Defendants state as follows:

1. Defendants pre-trial motions are due by October 12, 2015.

2. Defendant Jimenez has retained new counsel who does not yet have any discovery.

3. The Government has advised that they will have additional discovery, including videos.

4. New counsel for Jimenez has a murder trial in Rockford beginning August 26 (a re-trial) and federal RICO conspiracy trial beginning November 2.

5. Defendant requests an additional 60 days for the filing of any motions.

6. Defendants also request that the status be reset.

7. The Government has no objection to this request.

1

WHEREFORE, Defendants respectfully request that this Court extend the time in which to file any pre-trial motions.

                                            Respectfully submitted,

                                      By: /s/Steven A. Greenberg

Steven A. Greenberg
53 W. Jackson, Suite 1260
Chicago, Illinois 60604
(312) 879-9500